Emil and Marjorie Ferro, Appellees, v. John P. Daros, Appellant.

Gen. No. 45,312.

Allen, Darlington & Elliott,
for appellant; Arthur S. Bluestein, for appellee. Opinion by JUSTICE
FEINBERG. Not to be published in full. Opinion filed April 9, 1951;
released for publication May 7, 1951.